IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | |
| DIANA J. ALVAREZ, | : | VIOLATION: 18 U.S.C. § 371 (Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1344) |
| Defendant. | : | |

## INFORMATION

The United States hereby informs the Court that:

### COUNT ONE

1. From on or about May of 2008, and continuing thereafter through on or about July 16, 2008, defendant Diana Alvarez and others, both known and unknown, within the District of Columbia and elsewhere, did knowingly and intentionally combine, conspire, confederate and agree together to commit an offense against the United States, Bank Fraud, in violation of 18 U.S.C. § 1344.

2. It was part of the conspiracy that Alvarez and others did knowingly and with intent to defraud, carry out a scheme to defraud Branch Banking and Trust (BB&T), an insured depository institution, and to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of BB&T, by means of materially false or fraudulent pretenses, representations, or promises.

3. It was further part of the conspiracy that Alvarez would provide co-conspirator #1 with account information for BB&T customers in exchange for money. Co-conspirator #1 would then recruit other co-conspirators to withdraw funds from these accounts without the permission of the account holders.

4. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts were, among others, committed in the District of Columbia and elsewhere:

    a. Between on or about July 15, 2008 and July 16, 2008, Alvarez provided co-conspirator #1 confidential account information, such as the account holders' names, addresses, dates of birth, true signatures, and social security numbers, for approximately twenty BB&T customers.

    b. From on or about July 16, 2008, through January 14, 2009, other members of the conspiracy used the confidential information provided by Alvarez to withdraw money from those customer accounts at BB&T branches in the District of Columbia and elsewhere.

    c. On or about July 17, 2008, Alvarez accepted payment of $300 in exchange for her role in the conspiracy.

**(Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Sections 371)**

Respectfully submitted,
RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By: _____
MARY CHRIS DOBBIE
Assistant United States Attorney
D.C. Bar # 975-939
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6975